# HANSKI PARTNERS LLC
85 DELANCEY STREET
NEW YORK, NEW YORK 10002
PHONE: 212.248.7400

February 25, 2025

<u>Via ECF</u>
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>Elizabeth Valdez v. Singlee Lau, Inc. and La Nueva Victoria, Inc., 1:24-Civ-09150 (AS)</u>

Dear Judge Subramanian:

We represent plaintiff Elizabeth Valdez in the above-entitled action. Pursuant to Your Honor's December 3, 2024 Order, Dkt. No. 5, an Initial Pretrial Conference is set for March 4, 2025. We write to respectfully ask the Court to adjourn the initial pretrial conference to a date convenient for the Court, on or after April 3, 2025, because the defendants have not appeared in this action yet.

Plaintiff makes this request because although defendants Singlee Lau, Inc. and La Nueva Victoria, Inc. (together "Defendants") have yet to appear and defend themselves in this action, she makes a final attempt to have them appear. For the same reason Plaintiff also respectfully requests that the Court adjourn the deadline for the parties to file their proposed scheduling order and joint letter by a corresponding number of days.

With respect to Plaintiff's prior attempts, Plaintiff effectuated service on Defendants via the Secretary of State, on December 27, 2024[1], and Defendants' time to Answer expired on January 17, 2025. As Plaintiff is trying other means to obtain an appearance by the Defendants, Plaintiff respectfully asks that the Court adjourn both the conference and the deadline to file joint preconference submissions by a least thirty (30) days, to April 3, 2025 or a date thereafter convenient for the Court

Thank you for your consideration of this application. With kindest regards, I am

very truly yours,

/s/
Robert G. Hanski, Esq.

The initial pretrial conference is hereby adjourned to Thursday, April 3, 2025, at 2:00 PM. The dial-in information remains the same. The parties' joint letter and proposed scheduling order are due Wednesday, March 26, 2025. No further extensions. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 11.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 26, 2025

---

[1] Plaintiff filed the affidavits of service on February 17, 2025 (ECF Nos. 6 and 7).