# HANSKI PARTNERS LLC
85 DELANCEY STREET
NEW YORK, NEW YORK 10002
PHONE: 212.248.7400

March 26, 2025

<u>Via ECF</u>
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>Elizabeth Valdez v. Singlee Lau, Inc. and La Nueva Victoria, Inc., 1:24-Civ-09150 (AS)</u>

Dear Judge Subramanian:

We represent plaintiff Elizabeth Valdez in the above-entitled action. We write to respectfully request that the Court permit Plaintiff to file a motion for default judgment on or before April 25, 2025.

Plaintiff makes this request because neither of the named defendants, Singlee Lau, Inc. and La Nueva Victoria, Inc., have appeared in this action. As noted on the docket, the named defendants were served with the summons and complaint on December 27, 2024, with their respective answers due by January 17, 2025. Dkt Nos. 6 and 7. In light of the foregoing, Plaintiff also respectfully requests that both the initial pretrial conference scheduled for April 3, 2025, and the March 26, 2025 deadline for the parties to file their pre-conference submissions be adjourned *sine die*.

Thank you for your consideration of this application. With kindest regards, I am

very truly yours,

/s/
Robert G. Hanski, Esq.

The pretrial conference is hereby canceled. Plaintiff should follow the necessary steps to seek a default judgment by April 14, 2025. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 14.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 27, 2025