UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH VALDEZ,<br><br>        Plaintiff,<br><br>    -against-<br><br>SINGLEE LAU, INC. and LA NUEVA VICTORIA, INC.,<br><br>        Defendants. | 24-cv-9150 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 On February 18, 2025, plaintiff obtained a certificate of default against defendants. Dkt. 10. On April 24, 2025, defendants' counsel filed a notice of appearance, and on April 28, 2025, defendants filed a motion to vacate the certificate of default and for an extension of time to file an answer until May 25, 2025. Dkt. 19. The Court granted the motion. Dkt. 20. Defendants have yet to file an answer. As a courtesy, the time to file an answer is hereby extended, *nunc pro tunc*, to **June 6, 2025**. If defendants do not file an answer by that date, plaintiff should seek a default judgment by **June 27, 2025**.

  SO ORDERED.

Dated: May 30, 2025
   New York, New York

                    _____
                     ARUN SUBRAMANIAN
                    United States District Judge