UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELIZABETH VALDEZ,

                         **NOTICE OF MOTION**

          **Plaintiff,**

-against-                     **CIVIL ACTION NO:
                                                   1:24-CV-09150 (AS)**

**SINGLEE LAU, INC., and LA NUEVA
VICTORIA, INC.,**

          **Defendants.**
-------------------------------------------------------------X

      PLEASE TAKE NOTICE, upon the declaration of Morton S. Minsley, Esq., attorney for Defendants SINGLEE LAU, INC., and LA NUEVA VICTORIA, INC, sworn to on June 6, 2025, with the pleadings and exhibits attached, and the accompanying Memorandum of Law in Support of Motion, the undersigned will move before the Hon. Arun Subramanian, U.S.D.J., at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 15A, New York, New York 10007, pursuant to and under the standards of **TransUnion LLC v. Ramirez**, 141 S. Ct. 2190 (2021), **Calcano v. Swarovski N. A. Ltd**, 36 F. 4th 68 (2nd Cir. 2022), and **Harty v. West Point Realty, Inc**., 28 F. 4th 435 (2nd Cir. 2022) , to dismiss Plaintiff's Complaint (1) pursuant to FRCP Rule 12 (b) (1), for lack of standing as against the Defendants herein to assert a private claim for relief under the Americans with Disabilities Act (42 USC § 12188. Et. seq), and (2) pursuant to FRCP Rule 12 (b) (6), for failure to state a claim upon which relief can be granted, as a private claim for relief under the Americans with Disabilities Act (42 USC § 12188. Et. seq), and (3) for such other and further relief as to this Court may seem just and proper.

Dated: New York, New York
6 June 2025

_____
MORTON S. MINSLEY, ESQ. (MSM-7478)
ATTORNEY FOR SINGLEE LAU, INC.,
and LA NUEVA VICTORIA, INC.
101 Lafayette Street, 10th Floor
New York, NY 100013
Phone: (212) 346-0849
Fax:(212) 766-9798
E-MAIL: Minsleylaw@me.com

TO: Robert G. Hanski, Esq.
HANSKI PARTNERS LLC.
Attorneys for Plaintiff
85 Delancey Street
New York, New York 10002
Telephone: (212) 248-7400
E-mail: rgh@disabilityrightsny.com

The motion is denied as moot given that plaintiff has filed an amended complaint, Dkt. 27, and defendants have moved to dismiss that complaint, Dkt. 29. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 22.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 2, 2025