UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH VALDEZ, | |
| Plaintiff, | |
| -against- | 24-CV-9150 (AS) |
| SINGLEE LAU, INC. and LA NUEVAVICTORIA, INC., | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

Because of defendant's delay in responding to the complaint, the parties never filed a joint letter and case management plan in this case, which was due before the initial pre-trial conference that the Court was forced to adjourn. *See* Dkts. 5, 12, 15.

The parties are ordered to meet and confer, and to submit the joint letter and case management plan within 14 days of this order. Instructions are available in Dkt. 5.

SO ORDERED.

Dated: December 5, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge