UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elizabeth Valdez,<br><br>                           Plaintiff,<br><br>       -against-<br><br>Singlee Lau, Inc. et al.,<br><br>                       Defendants. | 24-CV-9150 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Defendants may file an opposition to the default judgment motion within 14 days of this order. Should an opposition be filed, plaintiff may file a reply in support of her motion for a default judgment within 7 days of the opposition's filing. The Court will hold a telephonic hearing on the motion on Thursday, February 19, 2026 at 2 p.m. The parties may dial in by calling (646) 453-4442 and entering the conference ID 109 557 551, followed by the pound sign (#).

      SO ORDERED.

Dated: January 21, 2026
      New York, New York

                                     ARUN SUBRAMANIAN
                                 United States District Judge