UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elizabeth Valdez,<br><br>                    Plaintiff,<br><br>      -against-<br><br>Singlee Lau, Inc. et al.,<br><br>                 Defendants. | 24-CV-9150 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       Defendants in this case appear to be once again in default. The Court during the prior default judgment hearing gave defendants another chance to come into compliance with discovery obligations. Plaintiff has stated that defendants have continued to ignore their discovery obligations. Dkt. 62.

       Defendants are ORDERED to submit all overdue discovery obligations within 7 days of this order. Should defendants fail to comply, the Court will assess a monetary sanction of $500 per day for every day that defendants fail to comply. Should noncompliance continue, the Court will consider granting the motion for default judgment.

       SO ORDERED.

Dated: April 9, 2026
      New York, New York

                                                _____
                                              ARUN SUBRAMANIAN
                                     United States District Judge