UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elizabeth Valdez,<br><br>      Plaintiff,<br><br>  -against-<br><br>Singlee Lau, Inc. et al.,<br><br>      Defendants. | 24-CV-9150 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  As plaintiff has not notified the Court of any further failures by defendants in their discovery obligations, the motion for a default judgment is DENIED WITHOUT PREJUDICE. To be clear, defendants are on notice that the Court will entertain requests for sanctions or a default judgment should they again fail to meet their obligations in this case.

  The Clerk of Court is respectfully directed to terminate the motion at Dkt. 51.


  SO ORDERED.

Dated: June 16, 2026
   New York, New York

                     _____
                      ARUN SUBRAMANIAN
                    United States District Judge