UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH VALDEZ,

Plaintiff,

-against-

SINGLEE LAU, INC. AND LA NUEVA VICTORIA, INC.,

Defendants.

24-CV-9150 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On August 26, 2026, defendants filed a letter motion charging plaintiff's counsel with "refus[ing] to produce his client for deposition" and, on that basis, requested a Rule 37.2 conference with the Court. Dkt. 78. The next day, plaintiff, not to be outdone, filed a letter motion of their own, claiming that defendants had refused to produce persons for depositions as well and had improperly withheld corporate tax returns. Dkt. 79. In this battle of letters, however, the parties appear to concede that they have no problem with complying with the other side's requests. The Court therefore does not see why a conference is necessary at this time. Thus, both letter motions are GRANTED as unopposed.

The Court hereby directs the parties to comply with one another's requests. Plaintiff therefore is ORDERED to schedule a time for defendants to depose them. Defendants are similarly ORDERED to produce the corporate tax returns at issue and to schedule a time for plaintiff to depose those witnesses highlighted in Dkt. 78. All of this should be completed by September 8, 2026. Discovery deadlines are thus extended to September 8, 2026.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 78 and 79.

SO ORDERED.

Dated: August 28, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge