# MORTON S. MINSLEY

**Attorney at Law**

Admitted in both New York and New Jersey

101 Lafayette Street, 10th Floor, New York, New York 10013

Phone: 212-346-0849 Fax: 212-766-9798 E-Mail: Minsleylaw@me.com


October 14, 2026

**Via ECF**
Hon. Arun Subramanian, USDJ
US District Court, SDNY
500 Pearl Street, Room 15A
New York, NY 10007

Re: Valdez v. Singlee Lau, Inc, et al., US Dist. Ct., SDNY, Docket No. 1:24 cv. 09150 (AS)

Dear Judge Subramanian:

At ECF 88, your Honor extended the parties' deadlines to file motions for summary judgment to today, September 30, 2026. (See Dkt 88). The parties are in receipt of the transcripts of the Depositions of Defendants held September 15th and 18th, but somehow Defendants have yet to receive the transcript of Plaintiff's Deposition held September 14th. I have contacted the Court reporting agency to track down what has become of this transcript. (See Exhibit A, hereto).

I therefore request that the deadline to file summary judgment motions be extended for another two weeks, up to and including October 28, 2026, so that the transcript of Plaintiff's testimony can be available.

I e-mailed Plaintiff's counsel yesterday to get his position on my request, but he has not responded. (See Exhibit B, hereto).

Respectfully,

Morton S. Minsley

MSM: mm
cc.: Robert G. Hanski, Esq. Attorney for Plaintiff (VIA ECF)

GRANTED IN PART.

Section 3(E) of the Court's Individual Practices in Civil Cases is clear: "Any request for extension or adjournment shall be made *at least two business days* prior to the deadline or scheduled appearance" and must include "whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent." This letter-motion fails to comply with both of these requirements (alongside several other requirements as well).

As a *final* courtesy, *see, e.g.*, Dkt 65; Dkt. 86, the Court will extend the deadline to file motions for summary judgment to October 23, 2026.

The Clerk of Court is respectfully directed to terminate the motion at ECF 91.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 15, 2026.

**EXHIBIT A**