# MORTON S. MINSLEY

**Attorney at Law**

Admitted in both New York and New Jersey

101 Lafayette Street, 10th Floor, New York, New York 10013

Phone: 212-346-0849 Fax: 212-766-9798 E-Mail: Minsleylaw@me.com


October 27, 2026

**Via ECF**
Hon. Arun Subramanian, USDJ
US District Court, SDNY
500 Pearl Street, Room 15A
New York, NY 10007

Re: Valdez v. Singlee Lau, Inc, et al., US Dist. Ct., SDNY, Docket No. 1:24 cv. 09150 (AS)

Dear Judge Subramanian:

As the Court is aware, I represent Defendants La Neuva Victoria, Inc. and Singlee Lau, Inc. in this ADA lawsuit. I am in receipt of Plaintiff's counsel's filing today at ECF 104. Please allow this letter to serve as a brief response.

***Defendants Consent to Stay Response to Motion for Summary Judgment***

On Sunday night, October 25, 2026, at 10:40 pm, after review of Defendants' complete filing, Plaintiff's counsel e-mailed me with a request for my consent to adjourn further summary judgment briefing until completion of settlement proceedings before Magistrate Judge Wang, and that the parties submit a revised briefing schedule within one week after Magistrate Judge Wang determines that further settlement proceedings would not be productive. (See Plaintiff's October 25, 2026 e-mail, attached as Exhibit A). Upon consultation with my clients, where I informed them of Plaintiff's counsel's proposal and recommended consent, I advised Plaintiff's counsel of Defendants' consent and authorized him to file a joint letter requesting this relief. I therefore join in Plaintiff's request in the effort to see if this matter can be resolved between the parties without further litigation.

***Plaintiff's motion to strike***

In addition to the agreed upon relief, Plaintiff's counsel, now also moves to strike part of Defendants' summary judgment filing. Part of the reason for the delay in filing as for some reason, we encountered repeated unforeseen delays in being able to upload documents on the Court's ECF system. (See error message repeatedly displayed while attempting to file documents particularly with respect to Exhibits attached to ECF 95, and also ECF 96, Defendants' Rule 56.1 Statement of undisputed material facts). Clearly Defendants have made a serious substantive motion and there is no prejudice to Plaintiffs, particularly if the Court grants the Plaintiff's suggestion and request to adjourn motion responses until completion of the agreed upon and jointly requested settlement conference.

Respectfully,

Morton S. Minsley

MSM: mm
Enc.
cc.: Robert G. Hanski, Esq. Attorney for Plaintiff (VIA ECF)

The Court is aware of the problems that attended the ECF system this past week. Accordingly, plaintiff's letter motion to strike defendants' motion for summary judgment, Dkt. 94, is DENIED. Nevertheless, in the future, parties should email the Court if they are having technical difficulties uploading timely documents.

Separately, based on the representation in the parties' letters, defendants' motion for summary judgment is deemed WITHDRAWN. Defendants will have until December 28, 2026, to re-institute the motion (which they may do simply by filing a one-page letter motion), at which point, plaintiffs will have three weeks to respond. No further extensions.

The Clerk of Court is respectfully directed to terminate the motions at ECF 94 and 104.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 28, 2026